UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUIS ARLEN RUIZ MEJIA,
Petitioner,
v.
CHRISTOPHER LAROSE, Senior Warden, et al.,
Respondents.

Case No.: 3:26-cv-5632-RBM-GC

**ORDER:**

**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

**(2) GRANTING MOTION FOR APPOINTMENT OF COUNSEL**

**(Docs. 2–3)**

Petitioner, Luis Arlen Ruiz Mejia, an immigration detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") (Doc. 1), an Application to Proceed In Forma Pauperis ("IFP Application") (Doc. 2), Request for Appointment of Counsel ("Motion for Appointment of Counsel") (Doc. 2), and a Motion for Temporary Restraining Order ("TRO") (Doc. 4).

## I. <u>IFP MOTION</u>

Petitioner attests he has insufficient means to pay the $5.00 filing fee. (Doc. 2.) Accordingly, the Court **GRANTS** Petitioner's IFP Application. (Doc. 2.) The Clerk of the Court shall file the Petition without prepayment of the filing fee.

## II. <u>MOTION TO APPOINT COUNSEL</u>

"Whenever the United States magistrate judge or the [C]ourt determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2). A "financially eligible person" is one who is "financially unable to obtain adequate representation in accordance with this section." *Id.* § 3006A(a). "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (citations omitted).

Based on his IFP Application, Petitioner cannot afford an attorney because he has been unable to work in the three months he has been detained. (Doc. 2 at 1.) He also represents in his Motion for Appointment of Counsel that his continued detention and limited access to legal materials has substantially limited his ability to present his claims. (Doc. 3 at 4.) "The Court also finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented." *Astafev v. Warden*, Case No. 3:26-cv-00313-RBM-AHG, ECF No. 4 (S.D. Cal. Jan. 30, 2026) (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). Accordingly, the Court <u>**CONDITIONALLY APPOINTS**</u> Federal Defenders of San Diego, Inc. as counsel.

## III. <u>ORDER TO SHOW CAUSE</u>

The Court finds that summary dismissal of the Petition is unwarranted. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted); *Alvarez v. Hill*, 518 F.3d 1152, 1157 (9th

Cir. 2008) (noting that *pro se* complaints are liberally construed and do not need to identify the constitutional source of the claims raised).

Petitioner may file an amended petition, through new counsel, on or before **October 13, 2026**. Respondents **SHALL RESPOND** on or before **October 20, 2026**. Their Response shall include as exhibits all documents or evidence relevant to the determination of the issues raised, including any relevant documents reflecting Petitioner's immigration history. Petitioner may file a reply on or before **October 23, 2026**. The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **directed to transmit** a copy of the Petition (Doc. 1), the TRO Motion (Doc. 4), and this Order to the United States Attorney's Office and to Federal Defenders of San Diego, Inc. Counsel for Petitioner **SHALL FILE** a notice of appearance on or before **October 9, 2026**.

**IT IS SO ORDERED.**

Dated: October 5, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE